# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Ricky Dean Watson,

    Petitioner,

vs.

United States of America,

    Respondent.

JUDGMENT IN A CIVIL CASE

3:10-cv-63
(3:07cr252; 3:08cr43; 3:08cr47)

DECISION BY COURT. This action having come before the Court by Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 7, 2010 Order.

Signed: September 7, 2010

Frank G. Johns, Clerk
United States District Court